1  NOEL M. COOK, SBN 122777
   LINDA JOY KATTWINKEL, SBN 164283
2  ALICA DEL VALLE, SBN 246006
   OWEN, WICKERSHAM & ERICKSON, P.C.
3  455 Market Street, Suite 1910
   San Francisco, California 94105
4  (415) 882-3200 Tel
   (415) 882-3232 Fax
5  ncook@owe.com
   ljk@owe.com
6  adelvalle@owe.com

7  Attorneys for Plaintiffs
   SANRIO COMPANY, LTD. and SANRIO, INC.

8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | SANRIO COMPANY, LTD., a Japanese      | Civil Action No. C 09 00440 MHP
   | corporation and SANRIO, INC., a California
14 | corporation,
   |
15 |         Plaintiffs,
   |
16 |    vs.                                 | [~~PROPOSED~~] ORDER GRANTING
   |                                        | PLAINTIFFS' MOTION TO EXTEND
17 | J.I.K. Accessories, Inc., Accessitive  | TIME FOR CERTAIN DEFENDANTS
   | Accessories, Inc., B.B. Apparels Inc., Amuseco | TO ANSWER AND TO RE-SET
18 | Accessories, Inc., Nana Accessory, Inc., Seanna | INITIAL CASE MANAGEMENT
   | Corporation, Heiress Enterprises, Inc., Pinkland | CONFERENCE AND ADR DEADLINES
19 | Corporation, Inc., Bliss, Final Choice, Joon Sik
   | Bae, Yong Woo Kim, Andy Bae, Jason Bae,
20 | Brian Bae, Ryan Bae, Ho Yong Na, Sang Wha
   | Kim, Aeran Bae a/k/a Chris Bae, Jenny J. Lee,
21 | Sukmin Bae, John Bae, Lisa Bae, Grace Kim,
   | Ken Chung, Yeun Sik Cha, Debbie Kim, DOES
22 | 1- 10,
   |
23 |         Defendants.

24

25     The Court having considered Plaintiffs' motion and the declaration of Plaintiffs' counsel

26 and good cause appearing therefor,

27

28

IT IS ORDERED:

1. That the date by which Defendants J.I.K. Accessories, Inc., Accessitive Accessories, Inc., B.B. Apparels Inc., Amuseco Accessories, Inc., Nana Accessory, Inc., Pinkland Corporation, Inc., Bliss (owned by John Bae, Chris Bae, Sukmin Bae, Lisa Bae, and/or Yeun Sik Cha), Final Choice (owned by John Bae, Chris Bae, Sukmin Bae, Lisa Bae, and/or Yeun Sik Cha), Joon Sik Bae, a/k/a Jason Bae, Yong Woo Kim, Andy Bae, Brian Bae, Ryan Bae, Ho Yong Na, Aeran Bae a/k/a Chris Bae, Sukmin Bae, John Bae, Lisa Bae, Yeun Sik Cha, Debbie Kim must answer or otherwise plead in response to the Complaint is hereby extended up to and including **May 1, 2009.**

2. That the Initial Case Management Conference and ADR deadlines are continued for **ninety (90) days**. The new schedule is as follows:

| Date | Event |
|---|---|
| July 20, 2009 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| August 3, 2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement |
| August 10, 2009 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm 15, 18th Floor, SF at 4:00 PM |

Dated: 4/10/2009



IT IS SO ORDERED
Judge Marilyn H. Patel