1  NOEL M. COOK, SBN 122777
   LINDA JOY KATTWINKEL, SBN 164283
2  ALICA DEL VALLE, SBN 246006
   OWEN, WICKERSHAM & ERICKSON, P.C.
3  455 Market Street, Suite1910
   San Francisco, California 94105
4  (415) 882-3200 Tel
   (415) 882-3232 Fax
5  ncook@owe.com
   ljk@owe.com
6  adelvalle@owe.com

7  Attorneys for Plaintiffs
   SANRIO COMPANY, LTD. and SANRIO, INC.

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13  SANRIO COMPANY, LTD., a Japanese          Civil Action No. C 09-00440 MHP
    corporation and SANRIO, INC., a California
14  corporation,
                                              STIPULATED FACTS AND
15          Plaintiffs,                        CONCLUSIONS OF LAW IN SUPPPORT
                                              OF [PROPOSED]
16      vs.                                    FINAL JUDGMENT ON CONSENT:
                                              DEBBIE KIM
17  J.I.K. Accessories, Inc., Accessive
    Accessories, Inc., B.B. Apparels Inc., Amuseco
18  Accessories, Inc., Nana Accessory, Inc., Seanna
    Corporation, Heiress Enterprises, Inc., Pinkland
19  Corporation, Inc., Bliss, Final Choice, Joon Sik
    Bae, Yong Woo Kim, Any Bae, Jason Bae,
20  Brian Ban, Ryan Bae, Ho Yong Na, Sang Wha
    Kim, Aeran Bae a/k/a Chris Bae, Jenny J. Lee,
21  Sukmin Bae, John Bae, Lisa Bae, Grace Kim,
    Ken Chung, Yeun Sik Cha, Debbie Kim, DOES
22  1- 10,

23          Defendants

24

25      WHEREAS, on January 30, 2009, Sanrio Company, Ltd. and Sanrio, Inc. ("Plaintiffs")

26  initiated the instant action against the named defendants as set forth above, including, *inter alia*,

27  Debbie Kim, for trademark infringement in violation of  15 U.S.C. § 1114, et seq.; copyright

28

1   infringement in violation of 17 U.S.C. § 501, et seq.; unfair competition in violation of 15 U.S.C.

2   §1125(a) et seq., as amended; unfair competition under the law of the State of California, Cal.

3   Bus. & Prof. Code § 17200 et seq.; and common law unfair competition.

4      WHEREAS, Defendant Debbie Kim (hereinafter, for purposes of this document,

5   "Defendant") has not filed an Answer in this proceeding;

6      WHEREAS, Plaintiffs and Defendant (the "Parties") have concluded a settlement

7   resolving Plaintiffs' claims in this civil action;

8      WHEREAS, the Parties wish to resolve this civil action through the entry of Judgment on

9   Consent;

10      WHEREAS, without admitting that they knowingly infringed Plaintiffs' rights and

11   specifically denying same, Defendant consents to the entry of Judgment on Consent;

12      WHEREAS, each Party has waived the right to appeal from the Judgment on Consent;

13      NOW THEREFORE, the Parties stipulate to the following facts and conclusions of law:

14   **STIPULATED FACTS**

15      1.  Plaintiff Sanrio Co., Ltd. ("Sanrio") is a Japanese corporation and maintains its

16   principal place of business located at 1-6-1 Osaki, Shinagawa ku, Tokyo 141-8603, Japan.

17   Plaintiff Sanrio, Inc. is a California corporation and maintains its principal place of business at

18   570 Eccles Avenue, South San Francisco, California 94080.

19      2.  Since 1960, Sanrio Co., Ltd. has been engaged in the business of manufacturing,

20   distributing and selling products for use by children and young adults.  All of Sanrio's products

21   are marked with the SANRIO trade name and mark.  Since 1976, Sanrio, Inc. has been the

22   exclusive United States distributor of the products of Sanrio Co., Ltd. and is currently the

23   exclusive United States master licensee of the rights in and to the SANRIO trademarks and

24   copyrights.

25      3.  Sanrio is the creator and owner of the famous HELLO KITTY,

26   KEROKEROKEROPPI a/k/a KEROPPI, and CHARMMY KITTY characters, as well as many

27   other characters, as depicted in Exhibit 2 of the Complaint in this action.  Since 1976, most of

28

STIPULATED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF
[PROPOSED] JUDGMENT ON CONSENT: DEBBIE KIM     C 09-00440 MHP

1    Sanrio's merchandise marketed in the U.S. has displayed HELLO KITTY character artwork on

2    the products and product packaging. Since 1988, KEROPPI character artwork has appeared on

3    numerous Sanrio products and product packaging marketed in the U.S.  Since 2004,

4    CHARMMY KITTY character artwork has appeared on numerous Sanrio products and product

5    packaging marketed in the U.S.

6         4.      Sanrio owns many U.S. Certificates of Copyright Registration for artwork

7    depicting the Sanrio Characters, including the following Registration Nos.: VA 130-420, VA 1-

8    303-874 and Vau 684-322 and VA 1-342-775 (HELLO KITTY); VA 707-212 and VA 636-579

9    (KEROPPI); and VA 1-296-111 (CHARMMY KITTY) (the "Sanrio Registered Copyrights").

10         5.      Sanrio owns several U.S. Trademark registrations, including U.S. Trademark

11   Registration Nos. 1,200,083 and 1,277,721 for the design trademark depicting the head of the

12   HELLO KITTY character; and 1,215,436 and 1,279,486 for the word mark HELLO KITTY, all

13   of which are incontestable  (collectively, "Sanrio's Registered Trademarks").

14         6.      In addition to owning the foregoing federal trademark registrations, Sanrio owns

15   all common law rights (including trademark and trade dress rights) to the HELLO KITTY

16   character name and design, and the KEROPPI and CHARMMY KITTY character designs

17   (collectively, "Sanrio's Common Law Trademarks").

18         7.      Defendant Debbie Kim is an individual resident of California, who prior to

19   January 29, 2008, was actively engaged in the operation, management and/or control of the retail

20   business called Final Choice, located at 17064 Slover Ave, Ste 106, Fontana, California 92337

21   (the "Fontana Final Choice retail store").

22         8.      Defendant is not authorized to manufacture, import, distribute, or sell Sanrio

23   merchandise.

24         9.      During at least the year 2007, Defendant displayed and offered for sale various

25   counterfeit products depicting the HELLO KITTY character, and/or the KEROPPI and/or

26   CHARMMY KITTY characters, at the Fontana Final Choice retail store (the "Counterfeit

27   Merchandise").

28

STIPULATED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF
[PROPOSED] JUDGMENT ON CONSENT: DEBBIE KIM                          C 09-00440 MHP

**STIPULATED CONCLUSIONS OF LAW**

10.    The Court has jurisdiction over the subject matter of this civil action.

11.    Sanrio owns valid copyrights, trademarks and trade dress in the name and design of the Hello Kitty Character.

12.    The Counterfeit Merchandise distributed and sold by Defendant contained counterfeit versions of Sanrio's Registered Copyrights, Sanrio's Registered Trademarks, and Sanrio's Common Law Trademarks.

13.    The acts of Defendant constitute copyright infringement, in violation of 17 U.S.C. § 501.

14.    The acts of Defendant constitute trademark and trade dress infringement, in violation of 15 U.S.C. §§ 1114, 1125(a).

15.    The acts of Defendant constitute unfair competition in violation of 15 U.S.C. §1125(a) et seq., as amended, Cal. Bus. & Prof. Code § 17200 et seq.; and common law.

The Parties, either themselves or through their undersigned counsel, hereby stipulate to the above facts and conclusions and consent to the entry of Judgment on Consent pursuant to the separately filed Proposed Judgment on Consent.

IT IS SO STIPULATED.

Executed in San Francisco, CA

OWEN, WICKERSHAM & ERICKSON, P.C.
*Attorneys For Plaintiffs*
*Sanrio Company, Ltd. and Sanrio, Inc*
455 Market Street, Ste. 1910
San Francisco, California 94105
Noel M. Cook  (SBN 122777)
(415) 882-3200

Date: ___11/25/09___

By: _____
Noel M. Cook  (SBN 122777)

Executed in ___IRVINE   CA___

DEBBIE KIM

Date: ___11/10/09___

_____

STIPULATED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF
[PROPOSED] JUDGMENT ON CONSENT: DEBBIE KIM                    C 09-00440 MHP

**IT IS SO ORDERED AND ADJUDGED.**

Dated this <u>2nd</u> day of <u>December</u> , 2009

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

S:\1Clients\SANRI\LITIGA\70017\Consent J\Debbie Kim STIPULATED FINDINGS.doc

STIPULATED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF
[PROPOSED] JUDGMENT ON CONSENT: DEBBIE KIM                    C 09-00440 MHP