```
S. Calvin Myung, Esq. (SBN 216853)
Attorney at Law
3701 Wilshire Boulevard, Suite 1040
Los Angeles, California 90010
Telephone (213) 365-7007
Facsimile  (213) 365-7001

Attorneys for Defendants,
SUKMIN BAE and HYANG HEE BAE
```

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO COMPANY, LTD., a Japanese corporation and SANRIO, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>J.I.K. ACCESSORIES, INC., et al.,<br><br>Defendants. | Case No. C 09-00440 MHP<br><br>[PROPOSED] ORDER TO CONTINUE A CASE MANAGEMENT CONFERENCE |

The Court, having read and considered the Stipulation of the parties, hereby rules as follows:

The Case Management Conference is continued to April 5, 2010, at 3 p.m., in Courtroom 15.

Dated: March 30__, 2010

IT IS SO ORDERED

_____
Hon. [signature]
United [States District Judge]
Judge Marilyn H. Patel