```
 1  CURTIS R. TINGLEY (SBN 112322)
    ctingley@tingleyllp.com
 2  BRUCE C. PIONTKOWSKI (SBN 152202)
    bpiontkowski@tingleyllp.com
 3  JONATHAN A. McMAHON (SBN 239370)
    jmcmahon@tingleyllp.com
 4  TINGLEY PIONTKOWSKI LLP
    10 Almaden Boulevard, Suite 430
 5  San Jose, California 95113
    Telephone:   (408) 283-7000
 6  Facsimile:   (408) 283-7010

 7  Attorneys for Defendants J.I.K. ACCESSORIES, INC.;
    ACCESSITIVE ACCESSORIES, INC.; B.B. APPARELS,
 8  INC.; AMUSECO ACCESSORIES, INC.; JOON SIK BAE
    aka JASON BAE; ANDY BAE sued herein as ANY BAE;
 9  BRIAN BAE erroneously sued as BRIAN BAN also
    erroneously sued as RYAN BAE
```

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANRIO COMPANY, LTD., a Japanese corporation, and SANRIO, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>J.I.K. ACCESSORIES, INC.; ACCESSITIVE ACCESSORIES, INC.; B.B. APPARELS, INC.; AMUSECO ACCESSORIES, INC.; NANA ACCESSORY, INC.; SEANNA CORPORATION; HEIRESS ENTERPRISES, INC.; PINKLAND CORPORATION, INC.; BLISS; FINAL CHOICE; JOON SIK BAE; YONG WOO KIM; ANDY BAE; JASON BAE; BRIAN BAE; RYAN BAE; HO YONG NA; SANG WHA KIM; AERAN BAE aka CHRIS BAE; JENNY J. LEE; SUKMIN BAE; JOHN BAE; LISA BAE, GRACE KIM; KEN CHUNG; YEUN SIK CHA; DEBBIE KIM; DOES 1-10,<br><br>Defendants. | CASE NO.  C09-0440 MHP<br><br>**STIPULATION TO CONTINUE ADR SESSION DEADLINE; [PROPOSED] ORDER** |

WHEREAS, the current deadline for the parties to complete mediation is June 23, 2010.

WHEREAS, Defendants J.I.K. ACCESSORIES, INC., ACCESSITIVE ACCESSORIES,

1  INC., B.B. APPARELS, INC., AMUSECO ACCESSORIES, INC., JOON SIK BAE aka JASON
2  BAE, ANDY BAE sued herein as ANY BAE, BRIAN BAE erroneously sued as BRIAN BAN
3  also erroneously sued as RYAN BAE have requested that the mediation deadline be continued
4  one month so that the status of their insurance coverage for the claims made by Plaintiff can be
5  determined.

6  WHEREAS, Plaintiff and the other Defendants that remain in the case (*i.e.*, those who
7  have not already settled with Plaintiff) agree to continue the deadline to complete mediation.

8  WHEREAS, no party that remains in the case objects to continuing the deadline to
9  complete mediation.

10 WHEREAS, the parties and the mediator, Gerry Davis have agreed to conduct the
11 mediation session on July 21, 2010.

12 THEREFORE, by and through their counsel, Plaintiffs SANRIO COMPANY, LTD., and
13 SANRIO, INC. and Defendants J.I.K. ACCESSORIES, INC., ACCESSITIVE ACCESSORIES,
14 INC., B.B. APPARELS, INC., AMUSECO ACCESSORIES, INC., JOON SIK BAE aka JASON
15 BAE, ANDY BAE sued herein as ANY BAE, BRIAN BAE erroneously sued as BRIAN BAN
16 also erroneously sued as RYAN BAE, SUKMIN BAE, and HYANG HEE BAE hereby
17 STIPULATE to the mediation session deadline being continued to July 23, 2010.

18 IT IS SO STIPULATED.

19 Dated: June 7, 2010                OWEN, WICKERSHAM & ERICKSON, P.C.

                                      By: _____
                                      LINDA JOY KATTWINKEL
                                      Attorneys for Plaintiffs

23 Dated: June 7, 2010                TINGLEY PIONTKOWSKI LLP

                                      By: _____
                                      BRUCE C. PIONTKOWSKI
                                      JONATHAN A. MCMAHON
                                      Attorneys for Said Defendants

/ / /

1  Dated: June 8, 2010                    S. CALVIN MYUNG

                                          By: _____
                                          S. CALVIN MYUNG
                                          Attorneys for Defendants SUKMIN BAE
                                          and HYANG HEE BAE

### ORDER

IT IS HEREBY ORDERED that the deadline to conduct the ADR session be continued from June 23, 2010, and the ADR session must occur no later than July 23, 2010.

IT IS SO ORDERED.

Dated: June 18, 2010

_____
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA