NOEL M. COOK, SBN 122777
LINDA JOY KATTWINKEL, SBN 164283
ALICA DEL VALLE, SBN 246006
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, California 94105
(415) 882-3200 Tel
(415) 882-3232 Fax
ncook@owe.com
ljk@owe.com
adelvalle@owe.com

Attorneys for Plaintiffs
SANRIO COMPANY, LTD. and SANRIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO COMPANY, LTD., a Japanese corporation and SANRIO, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>J.I.K. Accessories, Inc., Accessitive Accessories, Inc., B.B. Apparels Inc., Amuseco Accessories, Inc., Nana Accessory, Inc., Seanna Corporation, Heiress Enterprises, Inc., Pinkland Corporation, Inc., Bliss, Final Choice, Joon Sik Bae, Yong Woo Kim, Any Bae, Jason Bae, Brian Ban, Ryan Bae, Ho Yong Na, Sang Wha Kim, Aeran Bae a/k/a Chris Bae, Jenny J. Lee, Sukmin Bae, John Bae, Lisa Bae, Grace Kim, Ken Chung, Yeun Sik Cha, Debbie Kim, DOES 1- 10,<br><br>Defendants | Civil Action No. C 09-00440 MHP<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINES; [~~PROPOSED~~] ORDER |

Counsel for plaintiffs Sanrio Company, Ltd. and Sanrio, Inc. ("Plaintiffs") and defendants that currently remain in the case respectfully submit this stipulation requesting an extension of time for discovery and other dates as follows.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES        C 09-00440 MHP
Page 1

1  WHEREAS, the current trial date is in August 2011 and none of the changes in
2  deadlines set forth herein will impact that date;
3  WHEREAS, the undersigned parties participated in mediation on August 25, 2010;
4  WHEREAS, during the mediation, Plaintiffs' claims against four defendants were
5  settled (namely, Sukmin Bae, Lisa Bae a/k/a/ Hyang Hee Bae, and their two unincorporated
6  businesses called "Bliss" and "Final Choice") (the "Sukmin Bae Defendants").
7  Documentation of that settlement is in progress and the appropriate documents will be filed
8  with the Court in due course;
9  WHEREAS, Plaintiffs and defendants J.I.K Accessories, Inc., Accessitive
10  Accessories, Inc., B.B. Apparels Inc., Amuseco Accessories, Inc., Joon Sik Bae a/k/a/ Jason
11  Bae, Andy Bae, and Brian Bae) (collectively, the "Joon Sik Bae Defendants") made progress
12  during the mediation and have agreed to continue negotiations and to engage in further
13  mediation, if necessary, in good faith efforts to reach settlement;
14  WHEREAS, Defendants John Bae, Aeran Bae a/k/a Chris Bae, and their two
15  unincorporated businesses called "Bliss" and "Final Choice" (collectively, the "John Bae
16  Defendants") are **newly** involved in the action (by stipulated order dated August 24, 2010, the
17  entry of default filed against them on December 2, 2010 was set aside, and the John Bae
18  Defendants filed their Answer on or about September 3, 2010;
19  WHEREAS, the current deadline to complete fact discovery is October 15, 2010;
20  WHEREAS, on July 15, 2010, Plaintiffs, the Sukmin Bae Defendants and the Joon Sik
21  Bae Defendants filed one prior stipulation and request to extend discovery dates, under which
22  the parties agreed that any formal discovery served prior to the mediation date shall be stayed,
23  and deemed served on the day after the final date that mediation is completed;
24  WHERAS, counsel for all of the parties agree that extending the discovery deadlines as
25  requested herein would increase the likelihood of a successful settlement because the parties would
26  not need to expend additional resources for discovery while settlement negotiations are ongoing;
27
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES          C 09-00440 MHP
Page 2

1  WHEREAS, counsel for <u>all of the parties</u> request that discovery and dispositive motion
2  deadlines be extended accordingly;
3  WHEREAS, counsel for Plaintiffs and the John Bae Defendants request that discovery and
4  dispositive motion dates be extended to provide them with adequate time to conduct initial
5  disclosures, informally exchange information and documents to support settlement negotiations, and
6  to conduct discovery;
7  WHEREAS, Plaintiffs and the Joon Sik Bae Defendants have agreed to continue their
8  informal exchange of information and documents to support their ongoing settlement negotiations;
9  NOW, THEREFORE, by and through their counsel, the undersigned Parties hereby
10  stipulate and request the Court to order as follows:
11  1. Discovery and dispositive motion deadlines shall be extended, with the new
12  deadlines to be as follows:

13  Disclosure of witnesses (case in chief): December 17, 2010
14  Fact discovery cut-off: February 28, 2011
15  Expert disclosure: February 28, 2011
16  Rebuttal expert reports due: March 14, 2011
17  Expert discovery cut-off: April 15, 2011
18  Dispositive motions hearing: June 6, 2011

19  2. The stipulation to stay discovery entered into by Plaintiffs, the Sukmin Bae
20  Defendants and the Joon Sik Bae Defendants shall now include the John Bae Defendants and
21  shall continue until the date that Plaintiffs and each of the Defendants stipulate that their
22  settlement negotiation and/or mediation process is completed, or November 15, 2010,
23  whichever occurs first.
24  IT IS SO STIPULATED.
25
26  OWEN, WICKERSHAM & ERICKSON, P.C.
27
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES          C 09-00440 MHP
Page 3

| | | |
|---|---|---|
| 1 | Date:  September 9, 2010 | By: _____/s/ Noel M. Cook_____ |
| 2 | | NOEL M. COOK |
| | | LINDA JOY KATTWINKEL |
| 3 | | Attorneys for Plaintiffs |
| | | SANRIO COMPANY, LTD., and SANRIO, INC. |

BLEDSOE, CATHCART, DIESTEL,
PEDERSEN & TREPPA, LLP

Date:  September 9, 2010            By:____/s/ L. Jay Pedersen_____
                                    L. JAY PEDERSEN
                                    JOSHUA N. ROSEN
                                    Attorneys for Defendant
                                    ACCESSITIVE ACCESSORIES, INC.


TINGLEY PIONTKOWSKI LLP

Date:  September 9, 2010            By:____/s/ Bruce Pointkowski_____
                                    BRUCE C. POINTKOWSKI
                                    JONATHAN A. MCMAHON
                                    Attorney for Defendants
                                    J.I.K. ACCESSORIES, INC.
                                    ACCESSITIVE ACCESSORIES, INC.
                                    B.B. APPARELS INC.
                                    AMUSECO ACCESSORIES, INC.
                                    JOON SIK BAE, ANDY BAE, and BRIAN BAE


S. CALVIN MYUNG

Date:  September 9, 2010            By:____/s/ S. Calvin Myung_____
                                    S. CALVIN MYUNG
                                    Attorney for Defendants
                                    SUKMIN BAE, AND HYANG HEE BAE,
                                    DBA BLISS AND FINAL CHOICE


LEACH AND MCGREEVY

Date:  September 9, 2010            By:____/s/ Richard E. McGreevy_____
                                    RICHARD E. MCGREEVY
                                    BRIAN LEACH
                                    Attorney for Defendants
                                    JOHN BAE AND AERON BAE,

DBA BLISS AND FINAL CHOICE

**IT IS SO ORDERED**

Dated: _9/10_____, 2010.

_____
MARILYN H. PATEL
U.S. DISTRICT JUDGE

IT IS SO ORDERED
/s/ Marilyn Patel
Judge Marilyn H. Patel