NOEL M. COOK, SBN 122777
LINDA JOY KATTWINKEL, SBN 164283
ALICA DEL VALLE, SBN 246006
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, California 94105
(415) 882-3200 Tel
(415) 882-3232 Fax
ncook@owe.com
ljk@owe.com
adelvalle@owe.com

Attorneys for Plaintiffs
SANRIO COMPANY, LTD. and SANRIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO COMPANY, LTD., a Japanese corporation and SANRIO, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>J.I.K. Accessories, Inc., Accessitive Accessories, Inc., B.B. Apparels Inc., Amuseco Accessories, Inc., Nana Accessory, Inc., Seanna Corporation, Heiress Enterprises, Inc., Pinkland Corporation, Inc., Bliss, Final Choice, Joon Sik Bae, Yong Woo Kim, Any Bae, Jason Bae, Brian Ban, Ryan Bae, Ho Yong Na, Sang Wha Kim, Aeran Bae a/k/a Chris Bae, Jenny J. Lee, Sukmin Bae, John Bae, Lisa Bae, Grace Kim, Ken Chung, Yeun Sik Cha, Debbie Kim, DOES 1- 10,<br><br>Defendants | Civil Action No. C 09-00440 MHP<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINES; [~~PROPOSED~~] ORDER |

Counsel for plaintiffs Sanrio Company, Ltd. and Sanrio, Inc. ("Plaintiffs") and defendants that currently remain in the case respectfully submit this stipulation requesting an extension of time for discovery and other dates as follows.

1    WHEREAS, the undersigned parties participated in mediation on August 25, 2010,
2    during which significant progress was made toward settlement;
3    WHEREAS, on September 10, 2010, this Court granted the parties' stipulation to stay
4    discovery until November 15, 2010, and to extend discovery deadlines to give the parties time
5    to continue settlement negotiations;
6    WHEREAS, the current deadline to complete fact discovery is February 28, 2011;
7    WHEREAS, the parties have been working diligently with the mediator to set a date
8    for continued mediation, but certain insurance carriers for defendants have been unable or
9    unwilling to agree to any of the mediation dates proposed so far;
10   WHEREAS, a new mediation session, with at least some of the parties, has been
11   tentatively scheduled for February 28, 2011;
12   WHEREAS, the parties have served some discovery requests, and certain defendants
13   have requested additional time to respond thereto;
14   WHEREAS, plaintiffs are willing to extend the deadlines for defendants' discovery
15   responses, but would need additional time for follow-up discovery and depositions once
16   defendants' responses are received (if the case does not settle);
17   WHEREAS, counsel for all of the parties agree that extending the discovery deadlines as
18   requested herein would increase the likelihood of scheduling a second mediation and reaching a
19   successful settlement;
20   WHEREAS, counsel for all of the parties request that discovery and other deadlines be
21   extended accordingly;
22   NOW, THEREFORE, by and through their counsel, the undersigned Parties hereby
23   stipulate and request the Court to order as follows:
24   1.   Discovery and other deadlines shall be extended, with the new deadlines to be as
25   follows:
26   Last day to serve fact discovery:        April 29, 2011

| | | |
|---|---|---|
| 1 | Expert disclosure: | April 29, 2011 |
| 2 | Rebuttal expert reports due: | May 16, 2011 |
| 3 | Last day to serve expert discovery: | June 29, 2011 |
| 4 | Dispositive motions hearing: | ~~September 8, 2011~~ September 12, 2011 @ 2:00 p.m. |
| 5 | Trial: | ~~October 10, 2011~~ or as soon thereafter as the October 11, 2011 at 8:30 a.m. Court's calendar permits. |

IT IS SO STIPULATED.

OWEN, WICKERSHAM & ERICKSON, P.C.

Date: January 26, 2011           By: _____/s/ Noel M. Cook_____
NOEL M. COOK
LINDA JOY KATTWINKEL
Attorneys for Plaintiffs
SANRIO COMPANY, LTD., and SANRIO, INC.


BLEDSOE, CATHCART, DIESTEL,
PEDERSEN & TREPPA, LLP

Date: January 26, 2011           By:___/s/ L. Jay Pedersen_____
L. JAY PEDERSEN
JOSHUA N. ROSEN
Attorneys for Defendant
ACCESSITIVE ACCESSORIES, INC.


TINGLEY PIONTKOWSKI LLP

Date: January 26, 2011           By:___/s/ Bruce Pointkowski_____
BRUCE C. POINTKOWSKI
JONATHAN A. MCMAHON
Attorney for Defendants
J.I.K. ACCESSORIES, INC.
ACCESSITIVE ACCESSORIES, INC.
B.B. APPARELS INC.
AMUSECO ACCESSORIES, INC.
JOON SIK BAE, ANDY BAE, and BRIAN BAE

| | |
|---|---|
| | LEACH AND MCGREEVY |
| Date: January 26, 2011 | By: /s/ Richard E. McGreevy |
| | RICHARD E. MCGREEVY |
| | BRIAN LEACH |
| | Attorney for Defendants |
| | JOHN BAE AND AERON BAE, |
| | DBA BLISS AND FINAL CHOICE |

**IT IS SO ORDERED**

Dated: January 27, 2011.

HON. MARILYN H. PATEL
U.S. DISTRICT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel (stamp/signature)*

S:\1Clients\SANRI\LITIGA\70017\Pleadings\Stipulation To Extend Discovery Deadline 1-17-11.doc