1  NOEL M. COOK, SBN 122777
   LINDA JOY KATTWINKEL, SBN 164283
2  ALICA DEL VALLE, SBN 246006
   OWEN, WICKERSHAM & ERICKSON, P.C.
3  455 Market Street, Suite1910
   San Francisco, California 94105
4  (415) 882-3200 Tel
   (415) 882-3232 Fax
   ncook@owe.com
5  ljk@owe.com
   adelvalle@owe.com
6
   Attorneys for Plaintiffs
7  SANRIO COMPANY, LTD. and SANRIO, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13 SANRIO COMPANY, LTD., a Japanese            | Civil Action No. C 09-00440 MHP
   corporation and SANRIO, INC., a California  |
   corporation,                                |
14                                             |
                                               | STIPULATION TO EXTEND
             Plaintiffs,                       | DISCOVERY DEADLINES;
15                                             | [PROPOSED] ORDER
         vs.                                   |
16                                             |
   J.I.K. Accessories, Inc., Accessitive       |
17 Accessories, Inc., B.B. Apparels Inc., Amuseco |
   Accessories, Inc., Nana Accessory, Inc., Seanna |
   Corporation, Heiress Enterprises, Inc., Pinkland |
18 Corporation, Inc., Bliss, Final Choice, Joon Sik |
   Bae, Yong Woo Kim, Any Bae, Jason Bae,      |
19 Brian Ban, Ryan Bae, Ho Yong Na, Sang Wha   |
   Kim, Aeran Bae a/k/a Chris Bae, Jenny J. Lee, |
20 Sukmin Bae, John Bae, Lisa Bae, Grace Kim,  |
   Ken Chung, Yeun Sik Cha, Debbie Kim, DOES   |
21 1- 10,                                      |
                                               |
22           Defendants                        |
                                               |

23

24     Counsel for plaintiffs Sanrio Company, Ltd. and Sanrio, Inc. ("Plaintiffs") and

25 defendants that currently remain in the case respectfully submit this stipulation requesting an

26 extension of time for discovery and other dates as follows.

27     WHEREAS, plaintiffs and defendants J.I.K. Accessories, Inc., Accessitive

28
   STIPULATION AND [PROPOSED] ORDER          1
   TO EXTEND DISCOVERY DEADLINE                                              C 09-00440 MHP

1   Accessories, Inc., B.B. Apparels Inc., Amuseco Accessories, Inc., Joon Sik Bae, Andy Bae
2   and Brian Bae (the "Joon Sik Bae Defendants") participated in further mediation on February
3   28, 2010, subsequently agreed to settlement terms, and are currently finalizing their settlement
4   documents;
5       WHEREAS, plaintiffs and the remaining undersigned defendants John Bae, Lisa Bae,
6   Bliss and Final Choice (the "John Bae Defendants") are in active settlement discussions and
7   expect to be able to settle without expending resources on further discovery;
8       WHEREAS, on January 27, 2011, this Court granted the parties' stipulation to extend
9   discovery deadlines to give the parties time to continue settlement negotiations;
10      WHEREAS, the current deadline to complete fact discovery is April 29, 2011;
11      WHEREAS, the Joon Sik Bae Defendants and the John Bae Defendants have
12  requested additional time to respond to plaintiffs' outstanding discovery requests;
13      WHEREAS, plaintiffs are willing to extend the deadlines for defendants' discovery
14  responses, but would need additional time for follow-up discovery and depositions once
15  defendants' responses are received (if the claims against these defendants are not settled);
16      WHEREAS, counsel for all of the parties agree that extending the discovery deadlines as
17  requested herein would increase the likelihood of reaching a successful settlement;
18      WHEREAS, counsel for all of the parties request that discovery and other deadlines be
19  extended accordingly;
20      NOW, THEREFORE, by and through their counsel, the undersigned Parties hereby
21  stipulate and request the Court to order as follows:
22      1.    Discovery and other deadlines shall be extended, with the new deadlines to be as
23  follows:

| | |
|---|---|
| Last day to serve fact discovery: | June 30, 2011 |
| Expert disclosure: | June 30, 2011 |
| Rebuttal expert reports due: | July 30, 2011 |
| Last day to serve expert discovery: | August 30, 2011 |

| | | |
|---|---|---|
| 1 | Dispositive motions hearing: | October 17, 2011 at 2:00 p.m. |
| 2 | Trial: | November 15, 2011 at 8:30 p.m. or as soon |
| 3 | | thereafter as the Court's calendar permits. |

IT IS SO STIPULATED.

                                             OWEN, WICKERSHAM & ERICKSON, P.C.

Date:  April 26, 2011        By:    /s/ Noel M. Cook
                                               NOEL M. COOK
                                               LINDA JOY KATTWINKEL
                                               Attorneys for Plaintiffs
                                             SANRIO COMPANY, LTD., and SANRIO, INC.

                                             BLEDSOE, CATHCART, DIESTEL,
                                             PEDERSEN & TREPPA, LLP

Date:  April 26, 2011        By:   /s/ L. Jay Pedersen
                                               L. JAY PEDERSEN
                                             JOSHUA N. ROSEN
                                             Attorneys for Defendant
                                             ACCESSITIVE ACCESSORIES, INC.

                                             TINGLEY PIONTKOWSKI LLP

Date:  April 26, 2011        By:   /s/ Bruce Pointkowski
                                             BRUCE C. POINTKOWSKI
                                             JONATHAN A. MCMAHON
                                             Attorney for Defendants
                                             J.I.K. ACCESSORIES, INC.
                                             ACCESSITIVE ACCESSORIES, INC.
                                             B.B. APPARELS INC.
                                             AMUSECO ACCESSORIES, INC.
                                             JOON SIK BAE, ANDY BAE, and BRIAN BAE

                                             LEACH AND MCGREEVY

Date:  April 26, 2011        By:   /s/ Richard E. McGreevy
                                             RICHARD E. MCGREEVY
                                             BRIAN LEACH
                                             Attorney for Defendants
                                             JOHN BAE AND AERON BAE,
                                             DBA BLISS AND FINAL CHOICE

**IT IS SO ORDERED**

Dated: __4/28_____, 2011.    _____
HON. MARILYN HALL PATEL
U.S. DISTRICT JUDGE



DENIED
Judge Marilyn H. Patel

**S:\1Clients\SANRI\LITIGA\70017\Pleadings\Stipulation To Extend Discovery Deadline 4-20-11.doc**

STIPULATION AND [PROPOSED] ORDER
TO EXTEND DISCOVERY DEADLINE                      4                                C 09-00440 MHP