```
NOEL M. COOK, SBN 122777
LINDA JOY KATTWINKEL, SBN 164283
ALICA DEL VALLE, SBN 246006
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, Suite 1910
San Francisco, California 94105
(415) 882-3200 Tel
(415) 882-3232 Fax
ncook@owe.com
ljk@owe.com
adelvalle@owe.com
```

Attorneys for Plaintiffs
SANRIO COMPANY, LTD. and SANRIO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO COMPANY, LTD., a Japanese corporation and SANRIO, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>J.I.K. Accessories, Inc., Accessitive Accessories, Inc., B.B. Apparels Inc., Amuseco Accessories, Inc., Nana Accessory, Inc., Seanna Corporation, Heiress Enterprises, Inc., Pinkland Corporation, Inc., Bliss, Final Choice, Joon Sik Bae, Yong Woo Kim, Any Bae, Jason Bae, Brian Ban, Ryan Bae, Ho Yong Na, Sang Wha Kim, Aeran Bae a/k/a Chris Bae, Jenny J. Lee, Sukmin Bae, John Bae, Lisa Bae, Grace Kim, Ken Chung, Yeun Sik Cha, Debbie Kim, DOES 1- 10,<br><br>Defendants | Civil Action No. C 09-00440 MHP<br><br>STIPULATION TO EXTEND DISCOVERY DEADLINES; [~~PROPOSED~~] ORDER |

Counsel for plaintiffs Sanrio Company, Ltd. and Sanrio, Inc. ("Plaintiffs") and defendants that currently remain in the case respectfully submit this stipulation requesting an extension of time for discovery and other dates as follows.

WHEREAS, plaintiffs and defendants J.I.K. Accessories, Inc., Accessitive

Accessories, Inc., B.B. Apparels Inc., Amuseco Accessories, Inc., Joon Sik Bae, Andy Bae and Brian Bae (the "Joon Sik Bae Defendants") participated in further mediation on February 28, 2010, subsequently agreed to settlement terms, and are currently finalizing their settlement documents;

WHEREAS, plaintiffs and the remaining undersigned defendants John Bae, Lisa Bae, Bliss and Final Choice (the "John Bae Defendants") are in active settlement discussions and expect to be able to settle without expending resources on further discovery;

WHEREAS, on January 27, 2011, this Court granted the parties' stipulation to extend discovery deadlines to give the parties time to continue settlement negotiations;

WHEREAS, the current deadline to complete fact discovery is April 29, 2011;

WHEREAS, the Joon Sik Bae Defendants and the John Bae Defendants have requested additional time to respond to plaintiffs' outstanding discovery requests;

WHEREAS, plaintiffs are willing to extend the deadlines for defendants' discovery responses, but would need additional time for follow-up discovery and depositions once defendants' responses are received (if the claims against these defendants are not settled);

WHEREAS, counsel for all of the parties agree that extending the discovery deadlines as requested herein would increase the likelihood of reaching a successful settlement;

WHEREAS, counsel for all of the parties request that discovery and other deadlines be extended accordingly;

NOW, THEREFORE, by and through their counsel, the undersigned Parties hereby stipulate and request the Court to order as follows:

1. Discovery and other deadlines shall be extended, with the new deadlines to be as follows:

| | |
|---|---|
| Last day to serve fact discovery: | June 30, 2011 |
| Expert disclosure: | June 30, 2011 |
| Rebuttal expert reports due: | July 30, 2011 |
| Last day to serve expert discovery: | August 30, 2011 |

| | | |
|---|---|---|
| 1 | Dispositive motions hearing: | October ~~14~~ 17, 2011 at 2:00 p.m. |
| 2 | Trial: | November 15, 2011 at 8:30 p.m. or as soon |
| 3 | | thereafter as the Court's calendar permits. |

IT IS SO STIPULATED.

                                        OWEN, WICKERSHAM & ERICKSON, P.C.

Date:   April 26, 2011          By:   /s/ Noel M. Cook
                                        NOEL M. COOK
                                        LINDA JOY KATTWINKEL
                                        Attorneys for Plaintiffs
                                        SANRIO COMPANY, LTD., and SANRIO, INC.

                                        BLEDSOE, CATHCART, DIESTEL,
                                        PEDERSEN & TREPPA, LLP

Date:   April 26, 2011          By:   /s/ L. Jay Pedersen
                                        L. JAY PEDERSEN
                                        JOSHUA N. ROSEN
                                        Attorneys for Defendant
                                        ACCESSITIVE ACCESSORIES, INC.

                                        TINGLEY PIONTKOWSKI LLP

Date:   April 26, 2011          By:   /s/ Bruce Pointkowski
                                        BRUCE C. POINTKOWSKI
                                        JONATHAN A. MCMAHON
                                        Attorney for Defendants
                                        J.I.K. ACCESSORIES, INC.
                                        ACCESSITIVE ACCESSORIES, INC.
                                        B.B. APPARELS INC.
                                        AMUSECO ACCESSORIES, INC.
                                        JOON SIK BAE, ANDY BAE, and BRIAN BAE

                                        LEACH AND MCGREEVY

Date:   April 26, 2011          By:   /s/ Richard E. McGreevy
                                        RICHARD E. MCGREEVY
                                        BRIAN LEACH
                                        Attorney for Defendants
                                        JOHN BAE AND AERON BAE,
                                        DBA BLISS AND FINAL CHOICE

1

2                               **IT IS SO ORDERED**

3

4     Dated: __4/28_____, 2011.        _____
5                                          HON. MARILYN HALL PATEL
                                           U.S. DISTRICT CO
6

7

8

9

10

11

12    **S:\1Clients\SANRI\LITIGA\70017\Pleadings\Stipulation To Extend Discovery Deadline 4-20-11.doc**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
STIPULATION AND [PROPOSED] ORDER             4
TO EXTEND DISCOVERY DEADLINE                                                 C 09-00440 MHP