1  NOEL M. COOK, SBN 122777
   LINDA JOY KATTWINKEL, SBN 164283
2  ALICA DEL VALLE, SBN 246006
   OWEN, WICKERSHAM & ERICKSON, P.C.
3  455 Market Street, Suite1910
   San Francisco, California 94105
4  (415) 882-3200 Tel
   (415) 882-3232 Fax
5  ncook@owe.com
   ljk@owe.com
6
   Attorneys for Plaintiffs
7  SANRIO COMPANY, LTD. and SANRIO, INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 SANRIO COMPANY, LTD., a Japanese          Civil Action No. C 09-00440 EMC
   corporation and SANRIO, INC., a California
13 corporation,
                                              STIPULATED FACTS AND
14            Plaintiffs,                      CONCLUSIONS OF LAW IN SUPPPORT
                                              OF [PROPOSED]
15      vs.                                   FINAL JUDGMENT ON CONSENT:
                                              JOHN, AERON BAE A/K/A CHRIS BAE,
16 J.I.K. Accessories, Inc., Accessitive      AND CERTAIN BLISS AND FINAL
   Accessories, Inc., B.B. Apparels Inc., Amuseco   CHOICE BUSINESSES
17 Accessories, Inc., Nana Accessory, Inc., Seanna
   Corporation, Heiress Enterprises, Inc., Pinkland
18 Corporation, Inc., Bliss, Final Choice, Joon Sik
   Bae, Yong Woo Kim, Any Bae, Jason Bae,
19 Brian Ban, Ryan Bae, Ho Yong Na, Sang Wha
   Kim, Aeran Bae a/k/a Chris Bae, Jenny J. Lee,
20 Sukmin Bae, John Bae, Lisa Bae, Grace Kim,
   Ken Chung, Yeun Sik Cha, Debbie Kim, DOES
21 1- 10,

22            Defendants

23

24

25      WHEREAS, on January 30, 2009, Sanrio Company, Ltd. and Sanrio, Inc. ("Plaintiffs")

26 initiated the instant action against the named defendants as set forth above for trademark

27 infringement in violation of 15 U.S.C. § 1114, et seq.; copyright infringement in violation of 17

28 U.S.C. § 501, et seq.; unfair competition in violation of 15 U.S.C. §1125(a) et seq., as amended;

1   unfair competition under the law of the State of California, Cal. Bus. & Prof. Code § 17200 et

2   seq.; and common law unfair competition.

3       WHEREAS, Defendants John Bae and Aeron Bae aka Chris Bae, individually and doing

4   business as "Bliss" or "Bliss Axcessories," located at 12478 North Main St., Rancho

5   Cucamonga, CA 91730, and "Final Choice," located at 3376 South Bristol Street, Santa Ana,

6   California 92704 (collectively, "Defendants") and Plaintiffs have concluded a settlement

7   resolving Plaintiffs' claims against these Defendants in this civil action;

8       WHEREAS, the Plaintiffs and Defendants (the "Parties") wish to resolve this civil action

9   through the entry of Judgment on Consent;

10      WHEREAS, without admitting that they knowingly infringed Plaintiffs' rights and

11  specifically denying same, Defendants consent to the entry of Judgment on Consent;

12      WHEREAS, each Party has waived the right to appeal from the Judgment on Consent;

13      NOW THEREFORE, the Parties stipulate to the following facts and conclusions of law:

14                          **STIPULATED FACTS**

15      1.      Plaintiff Sanrio Co., Ltd. ("Sanrio") is a Japanese corporation and maintains its

16  principal place of business located at 1-6-1 Osaki, Shinagawa ku, Tokyo 141-8603, Japan.

17  Plaintiff Sanrio, Inc. is a California corporation and maintains its principal place of business at

18  570 Eccles Avenue, South San Francisco, California 94080.

19      2.      Since 1960, Sanrio Co., Ltd. has been engaged in the business of manufacturing,

20  distributing and selling products for use by children and young adults. All of Sanrio's products

21  are marked with the SANRIO trade name and mark. Since 1976, Sanrio, Inc. has been the

22  exclusive United States distributor of the products of Sanrio Co., Ltd. and is currently the

23  exclusive United States master licensee of the rights in and to the SANRIO trademarks and

24  copyrights.

25      3.      Sanrio is the creator and owner of the famous HELLO KITTY,

26  KEROKEROKEROPPI a/k/a KEROPPI, and CHARMMY KITTY characters, as well as many

27  other characters, as depicted in Exhibit 2 of the Complaint in this action. Since 1976, most of

28

1    Sanrio's merchandise marketed in the U.S. has displayed HELLO KITTY character artwork on

2    the products and product packaging. Since 1988, KEROPPI character artwork has appeared on

3    numerous Sanrio products and product packaging marketed in the U.S.  Since 2004,

4    CHARMMY KITTY character artwork has appeared on numerous Sanrio products and product

5    packaging marketed in the U.S.

6         4.    Sanrio owns many U.S. Certificates of Copyright Registration for artwork

7    depicting the Sanrio Characters, including the following Registration Nos.: VA 130-420, VA 1-

8    303-874 and Vau 684-322 and VA 1-342-775 (HELLO KITTY); VA 707-212 and VA 636-579

9    (KEROPPI); and VA 1-296-111 (CHARMMY KITTY) (the "Sanrio Registered Copyrights").

10        5.    Sanrio owns several U.S. Trademark registrations, including U.S. Trademark

11   Registration Nos. 1,200,083 and 1,277,721 for the design trademark depicting the head of the

12   HELLO KITTY character; and 1,215,436 and 1,279,486 for the word mark HELLO KITTY, all

13   of which are incontestable  (collectively, "Sanrio's Registered Trademarks").

14        6.    In addition to owning the foregoing federal trademark registrations, Sanrio owns

15   all common law rights (including trademark and trade dress rights) to the HELLO KITTY

16   character name and design, and the KEROPPI and CHARMMY KITTY character designs

17   (collectively, "Sanrio's Common Law Trademarks").

18        7.    Defendants John Bae and Chris Bae are individual residents of California, who

19   were at all relevant times actively engaged in the operation, management and/or control of the

20   retail businesses called "Bliss" or "Bliss Axcessories," located at 12478 North Main St., Rancho

21   Cucamonga, CA 91730, and "Final Choice," located at 3376 South Bristol Street, Santa Ana,

22   California 92704 (the "retail stores").

23        8.    Defendants are not authorized to manufacture, import, distribute, or sell Sanrio

24   merchandise.

25        9.    During at least the year 2007, Defendants displayed and offered for sale various

26   counterfeit products depicting the HELLO KITTY character, and/or the KEROPPI and/or

27   CHARMMY KITTY characters, at their retail stores (the "Counterfeit Merchandise").

28

## STIPULATED CONCLUSIONS OF LAW

10.     The Court has jurisdiction over the subject matter of this civil action.

11.     Sanrio owns valid copyrights, trademarks and trade dress in the name and design of the Hello Kitty Character.

12.     The Counterfeit Merchandise distributed and sold by Defendants contained counterfeit versions of Sanrio's Registered Copyrights, Sanrio's Registered Trademarks, and Sanrio's Common Law Trademarks.

13.     The acts of Defendants constitute copyright infringement, in violation of 17 U.S.C. § 501.

14.     The acts of Defendants constitute trademark and trade dress infringement, in violation of 15 U.S.C. §§ 1114, 1125(a).

15.     The acts of Defendants constitute unfair competition in violation of 15 U.S.C. §1125(a) et seq., as amended, Cal. Bus. & Prof. Code § 17200 et seq.; and common law.

The Parties, either themselves or through their undersigned counsel, hereby stipulate to the above facts and conclusions and consent to the entry of Judgment on Consent pursuant to the separately filed Proposed Judgment on Consent.

IT IS SO STIPULATED.


OWEN, WICKERSHAM & ERICKSON, P.C.


Date: _11/15/11_                    By: _____
                                         NOEL M. COOK
                                         LINDA JOY KATTWINKEL
                                         Attorneys for Plaintiffs
                                         SANRIO COMPANY, LTD., and SANRIO, INC.


LEACH & MCGREEVY


Date: _9/29/2011_                   By: _____
                                         RICHARD EARL MCGREEVY

1   Attorney for Defendants,
    JOHN BAE AND AERON BAE

2

3

4                    IT IS SO ORDERED AND ADJUDGED.

5
            21st          Nov.
6   Dated this _____ day of _____, 2011

7

8                                    _____
                                     HON. EDWARD M. CHEN
9                                    U.S. DISTRICT JUDGE

10  S:\1Clients\SANRI\LITIGA\70017\Consent J\Sukmin Bae STIPULATED FINDI...

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF
[PROPOSED] JUDGMENT ON CONSENT:  JOHN BAE, AERON BAE          C 09-00440 EMC
                            Page 5